

# United States District Court
# Eastern District of California

| Hansra Transport, Inc., et al. |
|---|

Plaintiff(s)

Case Number: 2:25-cv-00988-DAD-SCR

V.

| Varstar Alliance, LLC, et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Sorin A. Leahu** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Varstar Alliance, LLc, a limited liability company**

On **03/20/2015** (date), I was admitted to practice and presently in good standing in the **Northern District of Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **09/05/2025**        Signature of Applicant: /s/ **Sorin A. Leahu**

**Pro Hac Vice Attorney**

Applicant's Name: Sorin A. Leahu

Law Firm Name: Leahu Law Group, LLC

Address: 53 W. Jackson Blvd., Suite 1527

City: Chicago    State: IL    Zip: 60604

Phone Number w/Area Code: (847) 529-7221

City and State of Residence: Chicago, IL

Primary E-mail Address: sleahu@leahulaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jennifer Panicker

Law Firm Name: LloydWinter, P.C.

Address: 1724 Broadway St. Ste. 6

City: Fresno    State: CA    Zip: 93721

Phone Number w/Area Code: (559) 233-3636    Bar #: 258656

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 9, 2025

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT